UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-MJ-00031-SMM

FILED BY ___MB___ D.C.
Mar 14, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA,

v.

OMAR FARQUHARSON,

          Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No.**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  **No.**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
**CHRISTOPHER H. HUDOCK**
Assistant United States Attorney
FL Bar No. 92454
101 S. U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 293-0951
Email: Christopher.Hudock@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint                                                                    AUSA Christopher H. Hudock

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| OMAR FARQUHARSON | ) | Case No. 25-MJ-00031-SMM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY ____MB____ D.C.
Mar 14, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 12, 2025__ in the county of __Martin__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Soltero, Border Patrol Agent, DHS/USBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Mar. 14, 2025        _____
                            *Judge's signature*

City and state: Fort Pierce, Florida     Shaniek Mills Maynard, U.S. Magistrate Judge
                                          *Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Soltero, being duly sworn, depose and state as follows:

1. I am a Border Patrol Agent (BPA) with the Department of Homeland Security, United States Border Patrol (USBP) assigned to the office of Border Patrol in West Palm Beach, FL, and have been so employed by the Unites States Border Patrol since 2011. I have successfully completed the United States Border Patrol Agent Academy at the Federal Law Enforcement Training Center in Artesia, New Mexico. Among my responsibilities as a Border Patrol Agent, I am trained and empowered to enforce criminal and administrative immigration laws of the United States and investigate crimes against the United States, as more fully described in Titles 8, 18, 19 and 21 of the United States Code.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Omar Farquharson ("FARQUHARSON") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326(b)(1).

3. On or about March 12, 2025, CBP received a tip from a concerned citizen, that FARQUHARSON was a Jamaican national, living illegally in the United States, and working at Loblolly Golf Course, located in Hobe Sound, Martin County, Florida. CBP Agents interviewed an employee at Loblolly Golf Course, who verified that FARQUHARSON was a current employee.

4. I reviewed documents from the immigration alien file belonging to FARQUHARSON, AXXX XXX 124. A review of Department of Homeland Security electronic

records and the immigration alien file, assigned to FARQUHARSON, show that, he is a native and citizen of Jamaica. Records show that on or about April 20, 1993, FARQUHARSON was ordered removed from the United States. According to records in the alien file, FARQUHARSON was removed from the United States to Jamaica, on or about June 8, 1993

5. FARQUHARSON's criminal records indicate that, on or about October 23, 1991, FARQUHARSON was convicted in Federal Court in the District of Connecticut for the felony offense of possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and sentenced to 42 months imprisonment, followed by 3 years of supervised release.

6. On March 12, 2025, CBP Agents located FARQUHARSON at the Loblolly Golf Course, and placed him under arrest for violation of immigration law. Officers entered FARQUHARSON's fingerprints into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belonged to the individual who, was previously removed from the United States, that is, Omar FARQUHARSON.

7. On March 12, 2025, FARQUHARSON admitted, post-*Miranda*, that he is a citizen of Jamaica, that he was previously removed from the United States, that he reentered the United States without being inspected, and that he did not request permission to reenter the United States.

8. Agents performed a record check in the Computer Linked Application Informational Management System ("CLAIMS") to determine if FARQUHARSON had filed an application for permission to reapply for admission into the United States after deportation or removal. A search in that database system verified that no record was found to exist indicating that FARQUHARSON obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I believe that there exists probable cause to believe that, on or about March 12, 2025, Omar FARQUHARSON, an alien who has previously been deported and removed from the United States, was found in the United States, without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

David Soltero
Special Agent
U.S. Customs and Border Patrol

Subscribed and sworn to before me, in Fort Pierce, Florida, this 14m day of March, 2025.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE